```
 1  MARK J. REICHEL, State Bar #155034
    THE LAW OFFICES OF MARK J. REICHEL
 2  455 CAPITOL MALL, 3rd FLOOR, Suite 350
    Sacramento, California  95814
 3  Telephone: (916) 498-9258
    FAX:       (916) 441-6553
 4  mark@reichellaw.com
    www.reichellaw.com
 5
    Attorney for Defendant
 6  DARYL CHARLES
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Case No. 08-580 LKK
                                 )
12           Plaintiff,          )   STIPULATION OF THE PARTIES FOR
                                 )   NEW SENTENCING DATE; ORDER
13       v.                      )   THEREON
                                 )
14                               )   Date: October 2, 2012
                                 )   Time: 9:00 a.m.
15  DARYL CHARLES                )   Judge: Lawrence K. Karlton
                                 )
16           Defendant.
    _____
17
         It is hereby stipulated between the parties hereto, Jared Dolan,
18
    AUSA, counsel for plaintiff, and Mark Reichel, Esq., counsel for
19
    defendant, that the sentencing date shall be re calendared as follows:
20
         Sentencing                          October 2, 2012
21
         Sentencing Replies                  September 25, 2012
22
         Sentencing Memos                    September 18, 2012
23
         Final report filed with court       September 11, 2012
24
25
26
         Respectfully submitted,
27
28  Stipulation For New J&S
```

DATED: August 23, 2012          MARK J. REICHEL, ESQ.
                                /s/ MARK J. REICHEL
                                MARK J. REICHEL
                                Attorney for defendant

DATED: August 23, 2012

                                BENJAMIN WAGNER
                                United States Attorney

                                /s/MARK J. REICHEL for:
                                JARED DOLAN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

ORDER

GOOD CAUSE APPEARING, it is so ordered. Sentencing in this matter is rescheduled as set forth herein above.

DATED: August 24, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT