MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
FAX: (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DARYL CHARLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 08-580 LKK |
|---|---|
| Plaintiff, | ) STIPULATION OF THE PARTIES |
|  | ) FOR NEW SENTENCING DATE; |
| v. | ) **ORDER THEREON** |
|  | ) |
|  | ) Date: October 10, 2012 |
|  | ) Time: 9:15 a.m. |
| DARYL CHARLES | ) Judge: Lawrence K. Karlton |
|  | ) |
| Defendant. | |

It i hereby stipulated between the parties hereto, Jared Dolan, AUSA, counsel for plaintiff, and Mark Reichel, Esq., counsel for defendant, that the sentencing date shall be re calendared as follows:

| | |
|---|---|
| Sentencing | October 10, 2012 |
| Sentencing Replies | October 2, 2012 |
| Sentencing Memos | September 25, 2012 |
| Final report filed with court | September 18, 2012 |

Stipulation For New J&S

Respectfully submitted,

DATED: September 5, 2012    MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for defendant

DATED: September 5, 2012

BENJAMIN WAGNER
United States Attorney

/s/MARK J. REICHEL for:
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

GOOD CAUSE APPEARING, it is so ordered. Sentencing in this matter is rescheduled as set forth herein above.

DATED: September 7, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT