BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARYL CHARLES,<br><br>Defendant. | CASE NO.  2:08-CR-00580 LKK<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING FROM OCTOBER 10, 2012, TO NOVEMBER 9, 2012** |

The parties' request that the judgment and sentencing currently set for October 10, 2012, at 9:15 a.m., be continued to November 9, 2012, at 10:00 a.m.  The parties anticipate that there will be a contested sentencing hearing addressing the issue of loss.  The

///
///
///
///
///
///
///

continuance is necessary in order to allow the parties to prepare for the hearing, and to allow for a full hearing on the issue.

Dated: September 21, 2012         Respectfully Submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                              By: */s/ Kyle Reardon*
                                  KYLE REARDON
                                  Assistant U.S. Attorney

Dated: September 21, 2012         */s/ Kyle Reardon* for
                                  MARK REICHEL
                                  Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00580 LKK |
| Plaintiff, | |
| v. | **ORDER CONTINUING JUDGMENT AND SENTENCING FROM OCTOBER 10, 2012, TO NOVEMBER 9, 2012** |
| DARYL CHARLES, | |
| Defendant. | |

The parties' stipulation and proposed order is approved and so ordered. The judgment and sentencing currently set for October 10, 2012, at 9:15 a.m., is continued to November 9, 2012, at 10:00 a.m.

Dated: September 27, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT