UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DARYL CHARLES,

        Defendant.
                                    /

NO. CR. S-08-580 LKK

O R D E R

    The defendant has filed what appears to be a motion objecting to the court's imposition of restitution, which also alleges deficient performance by counsel.

    The motion as to restitution is DENIED, and thus, there's no deficiency performance regarding a failure to file the motion.

    IT IS SO ORDERED.

    DATED: April 25, 2013.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT