UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-08-580 LKK

    Plaintiff,

  v.                        O R D E R

DARYL CHARLES,

    Defendant.
_____/

    For the reasons set forth in the government's reply to defendant's motion under 18 U.S.C. § 2255, the motion is DENIED.

    IT IS SO ORDERED.

    DATED: May 20, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1